John A. Coppede (Attorney #5-2485)
Coal Creek Law LLP
1800 Carey Avenue, Suite 700
P.O. Box 467
Cheyenne, Wyoming 82003-0467
Ph:  307-634-1525
Fx:  307-638-7335
jcoppede@coalcreeklaw.com
*Attorney for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CORY LEICK, an individual, and AMANDA LEICK, an individual, ) ) ) ) Plaintiffs, ) ) v. ) ) WYOMING STATE FORESTRY ) DIVISION, WYOMING OFFICE OF ) STATE LANDS AND INVESTMENTS, ) JENIFER SCOGGIN, in her official capacity, ) KELLY NORRIS, in her official capacity, ) and GE FORESTRY, INC., an Oregon ) corporation, ) ) Defendants. ) | Civil No.: 24-CV-00073 |

**MOTION FOR *PRO HAC VICE* ADMISSION OF CHRISTIAN D. RUSH, ESQ.**

I, John Coppede, of Coal Creek Law, LLP, 1800 Carey Avenue, Suite 700, Cheyenne, Wyoming 82003-0467, telephone number, 307-634-1525, and email address jcoppede@coalcreeklaw.com, hereby move for admission *pro hac vice* of Christian D. Rush.

I am a member in good standing of the Bar of the State of Wyoming and the Bar of this Court. I vouch to the best of my knowledge and belief, for the good moral character and veracity

1

of Christian D. Rush. I will be fully prepared to represent the client at any time, in any capacity.

Dated this 8th day of April 2024.

/s/ John A. Coppede
John A. Coppede, #5-2485
Coal Creek Law
1800 Carey Ave, Ste. 700
P.O. Box 467
Cheyenne, WY 82003
(307) 634-1525
jcoppede@coalcreeklaw.com