IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| CORY LEICK, an individual, and AMANDA LEICK, an individual, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil No. |
| WYOMING STATE FORESTRY DIVISION, WYOMING OFFICE OF STATE LANDS AND INVESTMENTS, JENIFER SCOGGIN, in her official capacity, KELLY NORRIS, in her official capacity, and GE FORESTRY, INC., an Oregon corporation, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**DECLARATION OF CHRISTIAN D. RUSH IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION**

I, Christian D. Rush, state and declare as follows:

1. I am over the age of 18, am competent to testify to the matters stated herein, and have personal knowledge of the matters stated herein.

2. I am an Attorney at Dvorak Law Group, LLC, 9500 W. Dodge Rd., Ste. 100 Omaha, NE 68114, telephone number 531-466-5041, email address: crush@ddlawgroup.com.

3. I am admitted to the court listed below:

   a. Nebraska (Admitted 09/21/2023)

4. I also declare that I am not, nor have I ever been, the subject of disciplinary or criminal proceedings.

5. I affirm that I will comply with and be bound by the Local Rules of the United States District Court for the District of Wyoming.

6. I acknowledge that John A. Coppede is required to be fully prepared to represent the client at any time, in any capacity.

7. I acknowledge that I submit to and am subject to the disciplinary jurisdiction of the Court for any alleged misconduct arising in the course of preparation and representation in the proceedings.

I declare under penalty of perjury that the foregoing is true and correct.


<u>April 4, 2024</u>   <u>/s/ Christian D. Rush</u>
Date                                   Christian D. Rush