IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CORY LEICK, an individual, and AMANDA LEICK, an individual,<br><br>       Plaintiffs,<br><br>v.<br><br>WYOMING STATE FORESTRY DIVISION, WYOMING OFFICE OF STATE LANDS AND INVESTMENTS, JENIFER SCOGGIN, in her official capacity, KELLY NORRIS, in her official capacity, and GE FORESTRY, INC., an Oregon corporation,<br><br>       Defendants. | Civil No.: 24-CV-00073 |

**ORDER GRANTING MOTION FOR *PRO HAC VICE* ADMISSION OF CHRISTIAN D. RUSH, ESQ.**

THIS MATTER comes before the Court on Plaintiff's Motion for *Pro Hac Vice* Admission of Christian D. Rush, good cause having been shown and the Court being fully advised in the premises for the Motion, it is hereby GRANTED and ORDERED that:

The Motion for *Pro Hac Vice* Admission of Christian D. Rush is approved, and Christian D. Rush can appear for Plaintiffs Cory and Amanda Leick.

DATED this _____ day of April 2024.

BY THE COURT:

_____
United States Magistrate Judge