Kristopher J. Covi (*pro hac vice*)
Christian D. Rush (*pro hac vice*)
Dvorak Law Group, LLC
9500 West Dodge Road, Suite 100
Omaha, Nebraska 68114
Ph: 402-934-4770
Fx: 402-933-9630
kcovi@ddlawgroup.com
crush@ddlawgroup.com

and

John A. Coppede (Attorney #5-2485)
Coal Creek Law
1800 Carey Avenue, Suite 700
P.O. Box 467
Cheyenne, WY 82003-0467
Ph: 307-634-1525
Fx: 307-638-7335
jcoppede@coalcreeklaw.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CORY LEICK, an individual, and AMANDA LEICK, an individual,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>WYOMING STATE FORESTRY DIVISION, WYOMING OFFICE OF STATE LANDS AND INVESTMENTS, JENIFER SCOGGIN, in her official capacity, KELLY NORRIS, in her official capacity, and GE FORESTRY, INC., an Oregon corporation,<br><br>　　　　　Defendants. | Case No. 1:24-cv-00073-SWS |

## **NOTICE OF APPEARANCE**

Kristopher J. Covi of Dvorak Law Group, LLC hereby enters his appearance as counsel on behalf of Plaintiffs Cory Leick and Amanda Leick ("Plaintiffs"). Kristopher J. Covi is otherwise authorized to practice in this court as Pro Hac Vice counsel for Plaintiffs.

Dated this 10th day of April, 2024.

                CORY LEICK and
                AMANDA LEICK, Plaintiffs

                By:    */s/ Kristopher J. Covi*
                        Kristopher J. Covi (*pro hac vice*)
                        Christian D. Rush (*pro hac vice*)
                        Dvorak Law Group, LLC
                        9500 West Dodge Road, Suite 100
                        Omaha, Nebraska 68114
                        Ph: 402-934-4770
                        Fx: 402-933-9630
                        kcovi@ddlawgroup.com
                        crush@ddlawgroup.com

                        and

                        John A. Coppede (Attorney #5-2485)
                        Coal Creek Law LLP
                        1800 Carey Avenue, Suite 700
                        P.O. Box 467
                        Cheyenne, Wyoming 82003-0467
                        Ph: 307-634-1525
                        Fx: 307-638-7335
                        jcoppede@coalcreeklaw.com

Attorney for Plaintiffs.